UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA          :     Indictment

        - v.-                                          :     23 Cr. 193

RIDON KOLA,                                   :

                 Defendant.            :

------------------------------------------------------------ X

## COUNT ONE
### (Threatening Interstate Communications)

The Grand Jury charges:

1. Between on or about November 19, 2021, and on or about March 17, 2023, in the Southern District of New York and elsewhere, RIDON KOLA, the defendant, knowingly and intentionally transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, KOLA sent multiple messages over the Internet threatening to kill or otherwise injure officers from the City of Yonkers Police Department and the Mayor of Yonkers.

(Title 18, United States Code, Sections 875(c) and 2.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney