UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                            :

UNITED STATES OF AMERICA

                                                                            :    **ORDER**

    - v. -

                                                                            :    23 Cr. 193 (CS)

RIDON KOLA,

                                                                            :

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

           Upon the request of the defendant, RIDON KOLA, by and through his counsel, Elizabeth K. Quinn, Esq., with the consent of the UNITED STATES, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, through Assistant United States Attorney Kevin Sullivan, it is hereby

           ORDERED, pursuant to Title 18, United States Code, Sections 4241(b), 4247(b) and 4247(c), that the defendant RIDON KOLA be transferred from Essex County Jail to a suitable Bureau of Prisons facility that performs psychiatric or psychological examinations consistent with the provisions of Section 4247(b) ("suitable BOP facility") for a period of thirty days for an examination to determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and for any necessary treatment; and it is further

           ORDERED, pursuant to Title 18, United States Code, Section 4247(b), that a qualified examiner (the "examiner") conduct a psychiatric or psychological examination at a suitable BOP facility; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 4247(b), that the examiner complete the examination of the defendant RIDON KOLA within thirty (30) days of the defendant's arrival at the suitable BOP facility; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 4247(c), that within a reasonable time following the conclusion of this examination, the examiner file a psychiatric and psychological report with the Court with copies provided to defense counsel Elizabeth K. Quinn, Esq., Federal Defenders Inc., 81 Main Street, Suite 300, White Plains, NY 10601 and Assistant United States Attorney Kevin Sullivan, One Saint Andrew's Plaza, New York, NY 10007; and it is further

ORDERED, that the Clerk of the Court serve a copy of this Order upon the United States Marshals Service for the Southern District of New York and the Bureau of Prisons; and finally

The Court recommends that the suitable BOP facility to which the defendant RIDON KOLA is transferred be within the Eastern or Southern Districts of New York, preferably the Metropolitan Detention Center in Brooklyn, New York.

DATED:   September 7, 2023
New York, New York

_____
HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK