UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA                                  :          AMENDED
                                                          :          ORDER___
                         v.                               :
                                                          :          7:23-CR-193 (CS)
RIDON KOLA,                                               :
                                                          :
                         Defendant.
---------------------------------------------------------------X

      Upon the request of the Defendant, RIDON KOLA, by and through his counsel,

Elizabeth K. Quinn, Esq., with the consent of the UNITED STATES, by its attorney, Damian

Williams, United States Attorney for the Southern District of New York, through Assistant

United States Attorney Kevin Sullivan, it is hereby

      ORDERED, pursuant to Title 18, United States Code, Sections 4241(b), 4247 (b) and

4247(c), that Defendant RIDON KOLA be transferred from the Essex County Jail to a suitable

Bureau of Prisons facility that performs psychiatric or psychological examinations consistent

with the provisions of Section 4247(b) ("suitable BOP facility") for a period of thirty days for an

examination to determine whether Defendant is suffering from a mental disease or defect

rendering him mentally incompetent to the extent that he is unable to understand the nature and

consequences of the proceedings against him or to assist properly in his defense, and for any

necessary treatment; and it is further

      ORDERED that that United States Marshals Service, Bureau of Prisons personnel and

personnel at the Essex County Jail are authorized to utilize such force as is necessary and

reasonable to transfer said inmate to the suitable BOP facility; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 4247(b), that a qualified

Examiner (the "examiner") conduct a psychiatric or psychological examination of Defendant at a

suitable BOP facility; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 4247(b), that the

examiner complete the examination of the Defendant RIDON KOLA within thirty (30) days of

the Defendant's arrival at the suitable BOP facility; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 4247 (c), that within a

reasonable time following the conclusion of this examination, the examiner file a psychiatric or

psychological report with the Court, with copies provided to defense counsel Elizabeth K. Quinn,

Esq., Federal Defenders Inc., 81 Main Street, Suite 300, White Plains, NY 10601 and Assistant

United States Attorney Kevin Sullivan, One Saint Andrew's Plaza, New York, NY 10007.

The Court recommends that the suitable BOP facility to which the Defendant RIDON

KOLA is transferred be within the Eastern or Southern Districts of New York, preferably the

Metropolitan Detention Center in Brooklyn, New York.

The time between today and the conclusion of proceedings relating to Defendant's

competency is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

The Clerk of the Court shall serve a copy of this Order upon the United States

Marshals Service for the Southern District of New York and the Bureau of Prisons.

DATED:      September 7, 2023
            White Plains, New York


HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK