# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007  
(212) 619-4240

BY ECF

March 20, 2025

The Honorable Cathy Seibel  
United States District Court Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601-4150

Conference to be held on 4/9/25 at 2:15 pm.

SO ORDERED.

*Cathy Seibel* 3/20/25

CATHY SEIBEL, U.S.D.J.

United States vs. Rindon Kola, 23 Cr. 193 (CS)

Dear Judge Seibel-

    I write to request a conference in this matter to discuss how the parties propose to proceed considering the January 30, 2025, findings and conclusions of the evaluation of Mr. Kola by FMC Devins made pursuant to your Order dated January 9, 2024, and pursuant to the provisions of Title 18, United States Code, Section 4241 (d). Specifically, the medical finding that," While it is theoretically possible Mr. Kola could be restored to competency if he takes appropriate antipsychotic medication for a long enough period of time, in light of his poor response to date it is unlikely psychotropic medication would help him to become competent in the foreseeable future," requires counsel and the Court to chart a path forward.

                                            Very truly yours,  
                                            s/  
                                            James Roth

Case 7:23-cr-00193-CS    Document 18    Filed 03/20/25    Page 2 of 2