UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

           – v. –                                **ORDER**

RIDON KOLA,                             No. 23-CR-193 (CS)

                  Defendant.
------------------------------------------------------------------------x

Seibel, J.

      The Court has received the supplemental report submitted by FMC Devens pursuant to the Court's April 24, 2025 Order.  (ECF No. 24.)  While the report discusses the defendant's current mental status and competency, it fails to adequately address, as required by the order, "(1) what medication and treatment regiments have been tried, (2) what other medication and treatment regimens are available for the defendant, considering his current condition and diagnosis, and (3) if other medication and treatment regimens are available but have not been tried, the reason for why they have not been tried."  FMC Devens shall submit an updated report detailing this information no later than June 18, 2025.

**SO ORDERED.**

Dated: June 3, 2025
       White Plains, New York

                                                        _____
                                                         CATHY SEIBEL, U.S.D.J.