

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 16, 2025

**BY ECF AND EMAIL**

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Application granted.  Report due 8/18/25.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.    7/17/25

Re:     *United States* v. *Ridon Kola*, 23 Cr. 193 (CS)

Dear Judge Seibel:

    The Government respectfully writes to request on behalf of the Bureau of Prisons ("BOP") that the deadline by which BOP personnel at Federal Medical Center Devens ("FMC Devens") must submit a report to Court containing the results of their evaluation of the defendant under 18 U.S.C. § 4246(a) be extended to August 18, 2025.  The Court's order entered July 7, 2025 (Dkt. 27) requiring such evaluation and report, with the consent of the parties, set a deadline of August 8, 2025.  The Government understands from BOP personnel at FMC Devens that more time is needed due to the relatively short turnaround for such an evaluation and report and the fact that certain essential personnel will be on leave for part of the interim time period.  The Government has conferred with James Roth, Esq., counsel to the defendant, and Mr. Roth consents to this request.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney
                            Southern District of New York

                    By:     */s/ Kevin Sullivan*
                            Kevin Sullivan
                            Assistant United States Attorney
                            (212) 637-1587

cc:     James Roth, Esq. (by ECF & Email)