

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 24, 2026

**BY ECF AND EMAIL**

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:      *United States* v. *Ridon Kola*, 23 Cr. 193 (CS)

Dear Judge Seibel:

The Government respectfully submits this joint letter on behalf of the parties to adjourn the status conference currently scheduled for May 27, 2026 in the above-referenced case for approximately 30 days and to provide an update to the Court on the status of the defendant and the additional competency evaluation that was requested by the Government with consent of the defense and subsequently ordered by the Court. (*See* 11/17/25 Order (ECF No. 33)).

As the parties previously informed the Court, Dr. Cheryl Paradis is conducting the competency evaluation of the defendant, which involves in-person examination of the defendant as well as review of the defendant's voluminous medical records documenting his lengthy history of inpatient and outpatient care and treatment, including prior reports of competency evaluations conducted by the Bureau of Prisons. (*See* 4/25/26 Joint Letter Motion and Update (ECF No. 43)). The parties had expected the in-person component of the evaluation to occur the week of April 27, 2026. (*Id.*) As defense counsel's May 13, 2026 letter to the Court advised, however, the in-person examination was then scheduled for May 26, 2026. (5/13/26 Def. Ltr. (ECF No. 45)). Due to the availability of counsel and Dr. Paradis, as well as Dr. Paradis's ongoing review of medical records and select discovery in the case, which was delayed by access to certain records and materials, May 26 was then the next available date for the in-person examination.

Accordingly, the parties jointly request a 30-day adjournment of the May 27 status conference to allow additional time for Dr. Paradis to complete the competency evaluation and prepare the report. The defendant has remained compliant with the conditions of his release, including compliance with medical treatment necessary for his mental health and continued stability.

Finally, the Government respectfully requests, with the consent of defense, that time in this matter continue to be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(4),

*U.S. v. Kola*, 23 Cr. 193 (CS)                                                                                    Page 2
Hon. Cathy Seibel
May 24, 2026

due to the period of delay resulting from the fact that the defendant has been deemed mentally incompetent, based on the last evaluation conducted and report prepared for the Court.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney
          Southern District of New York

By:   */s/ Kevin Sullivan*
       Kevin Sullivan
       Assistant United States Attorney
       (212) 637-1587

cc:    James Roth, Esq. (by ECF & Email)

The conference is adjourned to 6/30/26 at 12:15 pm. The time between now and then is hereby excluded under the Speedy Trial Act pursuant to 18 USC 3161(h)(4).

SO ORDERED.

_____   5/26/26
CATHY SEIBEL, U.S.D.J.