

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 25, 2026

**BY ECF AND EMAIL**

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *United States* v. *Ridon Kola*, 23 Cr. 193 (CS)

Dear Judge Seibel:

   The Government respectfully submits this joint letter on behalf of the parties to adjourn the status conference currently scheduled for June 30, 2026 in the above-referenced case for approximately 30 days and to provide an update to the Court on the status of the defendant and the additional competency evaluation that was requested by the Government with consent of the defense and subsequently ordered by the Court. (*See* 11/17/25 Order (ECF No. 33)).

   As the parties previously informed the Court, Dr. Cheryl Paradis was retained to conduct the competency evaluation of the defendant, which involved in-person examination of the defendant as well as review of the defendant's voluminous medical records documenting his lengthy history of inpatient and outpatient care and treatment, including prior reports of competency evaluations conducted by the Bureau of Prisons. (*See* 4/25/26 Joint Letter Motion and Update (ECF No. 43)). Those steps are complete, and Dr. Paradis is finalizing her report, which the parties expect to receive this week. The parties do anticipate needing more time than until June 30 to review Dr. Paradis's report and confer on how to proceed.

   Accordingly, the parties jointly request a 30-day adjournment of the June 30 status conference to allow additional time for Dr. Paradis to complete the report and the parties to review it and confer. The parties understand from the Court's deputy that the Court has availability at 10:15 a.m. on July 27, 2026, which works for the parties. The defendant has remained compliant with the conditions of his release, including compliance with medical treatment necessary for his mental health and continued stability.

   Finally, the Government respectfully requests, with the consent of defense, that time in this matter continue to be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(4),

*U.S. v. Kola*, 23 Cr. 193 (CS)                                                        Page 2
Hon. Cathy Seibel
June 25, 2026

due to the period of delay resulting from the fact that the defendant has been deemed mentally incompetent, based on the last evaluation conducted and report prepared for the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:    */s/ Kevin Sullivan*
       Kevin Sullivan
       Assistant United States Attorney
       (212) 637-1587

cc:    James Roth, Esq. (by ECF & Email)

Conference adjourned to 7/27/26 at 10:15 am. The time between now and then is hereby excluded under the Speedy Trial Act, pursuant to 18 USC 3161(h)(4), as a period of delay resulting from Defendant having been found to be mentally incompetent.

SO ORDERED.

CATHY SEIBEL, U.S.D.J.

6/25/26