**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 24, 2026

**BY ECF AND EMAIL**

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: *United States* v. *Ridon Kola*, 23 Cr. 193 (CS)**

Dear Judge Seibel:

The Government respectfully submits this joint letter on behalf of the parties to adjourn the status conference currently scheduled for July 27, 2026 at 4:30 p.m. in the above-referenced case and to provide an update to the Court on the status of the defendant and the additional competency evaluation that was requested by the Government with consent of the defense and subsequently ordered by the Court. (*See* 11/17/25 Order (ECF No. 33)).

As the parties previously informed the Court, Dr. Cheryl Paradis was retained to conduct the competency evaluation of the defendant, which involved in-person examination of the defendant as well as review of the defendant's voluminous medical records documenting his lengthy history of inpatient and outpatient care and treatment, including prior reports of competency evaluations conducted by the Bureau of Prisons. (*See* 4/25/26 Joint Letter Motion and Update (ECF No. 43)). Dr. Paradis issued a lengthy report on July 4, 2026 which ultimately concluded that the defendant is not competent to stand trial. The parties have reviewed the report, and the Government has requested an amended report to address any limited competency of the defendant to enter into a resolution that may lead to the dismissal of charges after continued compliance with the current supervised release conditions imposed, including those related to the defendant's mental health. The parties expect to receive that revised report within the next week. The parties anticipate, however, needing additional time so that the Government can propose and prepare any such resolution (assuming the defendant has limited competency to enter into it) and counsel can review it with the defendant.

Accordingly, the parties jointly request an adjournment of the July 27 status conference. Based on the time needed to proceed as described above, and the parties' and the Court's availability in the coming weeks, the parties propose to next appear before Your Honor on September 10, 2026 at 2:45 p.m. The parties understand from the Court's deputy that the Court is available at that time. The defendant continues to comply with the conditions of his release, including with conditions regarding medical treatment necessary for his mental health and continued stability.

Finally, the Government respectfully requests, with the consent of defense, that time in this matter continue to be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(4), due to the period of delay resulting from the fact that the defendant has been deemed mentally incompetent.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: */s/ Kevin Sullivan*
Kevin Sullivan
Assistant United States Attorney
(212) 637-1587

cc: James Roth, Esq. (by ECF & Email)

Conference adjourned to 9/10/26 at 2:45 pm. The time between now and then is hereby excluded under the Speedy Trial Act, pursuant to 18 USC 3161(h)(4), as a period of delay resulting from Defendant having been found to be mentally incompetent, or in the alternative under 18 USC 3161(h)(7) in the interests of justice, in that the ends of justice served by the exclusion outweigh the best interest of the public and the defendant in a speedy trial, because it will enable the parties to consider a possible disposition.

SO ORDERED.

Cathy Seibel
CATHY SEIBEL, U.S.D.J.

7/24/26